

Administrative Office
475 Riverside Dr. Suite 1244
New York, NY 10115-0046

February 23, 2021

VIA ELECTRONIC FILING

The Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**This application is GRANTED in part. Initial pretrial conferences are not ordinarily adjourned based on pleading deadlines. The March 4, 2020, initial pretrial conference is adjourned to March 11, 2021, at 10:50 a.m.**

**Dated: February 24, 2021**
**New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Mahaeny Douglas v. Lutheran Social Services of Metropolitan New York, Inc., et. al.,*
      Civil Action No. 20-cv-10512 (LGS)
      Request for Postponement of Conference

Dear Judge Schofield:

I am the General Counsel for Lutheran Social Services of New York in the above titled case. Pursuant to Paragraph I.B.2. of Your Honor's Individual Rules and Procedures, I write to respectfully request a postponement of the March 4, 2021 Conference scheduled by this Court's Order filed January 7, 2021.

Defendant requests that the Conference be rescheduled to March 30, or in the alternative, March 29, or March 26. This will allow the parties approximately two weeks after the Answer is due (on March 15) to prepare for the Conference. Plaintiff's counsel and I continue to speak regarding a possible resolution of the matter and believe mediation or a judicial settlement conference may facilitate the resolution of the lawsuit.

This is the first request for the postponement of the Conference and the attorney for the Plaintiff consents and is available on the proposed new dates.

Thank you very much for this Court's consideration of this request.

Sincerely,

Wanyong Lai Austin, Esq.
General Counsel
Lutheran Social Services of New York



Called by God, we encourage people to reach their full potential