UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MAHAENY DOUGLAS,                          :
                    Plaintiff,      :
:         20 Civ. 10512 (LGS)
        -against-                    :
:         ORDER
LUTHERAN SOCIAL SERVICES OF           :
METROPOLITAN NEW YORK, INC. D/B/A  :
LUTHERAN SOCIAL SERVICES OF NEW   :
YORK, INC.,                                             :
                    Defendant.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for March 11, 2021, and no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the March 11, 2021, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The CMP will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that regarding settlement discussions, the parties' request for a referral for mediation is **GRANTED**. A referral order will issue separately.

Dated: March 5, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE