```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MAHAENY DOUGLAS,                                            :
                                          Plaintiff,        :
                                                            :         20 Civ. 10512 (LGS)
              -against-                                     :
                                                            :         ORDER
LUTHERAN SOCIAL SERVICES OF                                 :
METROPOLITAN NEW YORK, INC.,                                :
                                          Defendants.       :
                                                            X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 5, 2021, required the parties to file a status letter on May 11, 2021, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **May 14, 2021**, the parties shall file the status letter.

Dated: May 12, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**