UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MAHAENY DOUGLAS,                                             :
                                    Plaintiff,              :
                                                             :          20 Civ. 10512 (LGS)
              -against-                                      :
                                                             :                 ORDER
LUTHERAN SOCIAL SERVICES OF                                  :
METROPOLITAN NEW YORK, INC.,                                 :
                                    Defendants.             :
                                                             X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

WHEREAS, a mediation conference was held on May 18, 2021. It is hereby

**ORDERED** that, by **May 24, 2021**, the parties shall file a status letter providing an update on the mediation.

Dated: May 19, 2021
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**